RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IVAN ENRICO GOUDEAU<br>DOC #223314 | : | DOCKET NO. 2:10 CV 1156<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| CALCASIEU PARISH SHERIFF'S<br>OFFICE, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law, it is

ORDERED that the plaintiff's complaint is DISMISSED in accordance with the provisions of Federal Rule of Civil Procedure 41(b) and Local Rule 41.3W.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 23 day of February 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE